1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail: tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANDOLPH S. SMITH, | CIVIL NO. CV 13-00565-PJW |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND DOLLARS ($3,000.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: 6/9/14

*Patrick J. Walsh*

HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE